IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-544-GMS |
| FLITE KING, 12GA SHOTGUN, MODEL K121, SERIAL NUMBER 3146347; N.E.F CO. INC., .32 CALIBER REVOLVER, MODEL R73, SERIAL NUMBER NB023362; 20GA SHOTGUN, MODEL R-130C, C-LECT CHOKE, SERIAL NUMBER G002758; .32 CALIBER AMMUNITION (10 ROUNDS) 12GA SHOTGUN DIONISI SHELLS (11 ROUNDS); AND 12GA AND 20GA WINCHESTER SHOTGUN SHELLS (27 ROUNDS), | : |
| Defendants *in rem*. | : |

## DEFAULT

AND NOW, THIS 3rd day of April, 2008, it appearing from the Declaration of Jillian Swart that no claimants have answered or otherwise moved with respect to the Complaint, and Plaintiff having requested the entry of a default; in accordance with Rule 55(a), Fed. R. Civ. P., a default be and it hereby is entered against Defendants *in rem* Flite King, 12GA Shotgun, Model K121, Serial Number 3146347; N.E.F Co. Inc., .32 caliber Revolver, Model R73, Serial Number NB023362; 20GA shotgun, Model R-130C, C-LECT choke, Serial Number G002758; .32 caliber ammunition (10 rounds); 12GA shotgun Dionisi shells (11 rounds); and 12GA and 20GA Winchester shotgun shells (27 rounds) and in favor of the plaintiff, United States of America.

FILED
APR - 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Marie McDavid*
Deputy Clerk, U.S. District Court